IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKE CARTER,

                Plaintiff,                              ORDER

v.

                                                              19-cv-057-wmc

SANDRA MCARDLE and JOLINDA
WATERMAN,

                Defendants.

*Pro se* plaintiff Jackie Carter, an inmate at the Wisconsin Secure Program Facility ("WSPF"), is proceeding in this lawsuit on an Eight Amendment deliberate indifference claim against defendants Sandra McArdle and Jolinda Waterman. On January 6, 2020, defendant Waterman filed a motion for summary judgment. (Dkt. #18.) The court set February 5, 2020, as Carter's opposition deadline, but in a subsequent order denying Carter's motion for recruitment of counsel, the court extended the deadline to March 10, 2020 (dkt. #72). In that same order, the court advised Carter that "at minimum, [he] has the first-hand knowledge necessary to respond to defendant Waterman's proposed findings of facts," which the court also attached to that order. (*Id.* at 9.) However, that deadline has passed, and Carter has neither filed an opposition nor sought an extension of time to oppose Waterman's motion. Moreover, defendant McArdle filed her own motion for summary judgment on March 10, 2020 (dkt. #76), and the court set a deadline for Carter's opposition of April 9, 2020. That date too has passed without a word from Carter.

The court will give Carter one more opportunity to respond to defendants' motions: he now has until **May 5, 2020,** to file an opposition to each defendant's motion for

summary judgment. If he fails to respond by that deadline, the court will dismiss this lawsuit with prejudice for Carter's failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

Accordingly, IT IS ORDERED that plaintiff Jackie Carter may have until **May 5, 2020**, to file a response to each defendant's motion for summary judgment. **If Carter does not file a response by that deadline, the court will dismiss this lawsuit with prejudice for plaintiff's failure to prosecute.**

Dated this 14th day of April, 2020.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge