IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

  v.

SANDRA MCARDLE, and
JOLINDA WATERMAN,

    Defendants.

Case No.  19-cv-57-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | October 14, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |